| | |
|---|---|
| 1 | David N. Lake, Esq., State Bar No. 180775 |
| 2 | **LAW OFFICES OF DAVID N. LAKE,**<br> **A Professional Corporation** |
| 3 | 16130 Ventura Boulevard, Suite 650<br>Encino, California 91436 |
| 4 | Telephone: (818) 788-5100<br>Facsimile: (818) 788-5199 |
| 5 | david@lakelawpc.com |
| 6 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARKOWITZ, FRANK BLUMENTHAL, LAUREN REESE and BILLY STERN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>        Defendant. | **CASE NO.:  C10-00430 JF**<br><br>**NOTICE OF RELATED CASES**<br><br>**[LOCAL RULE 3-12]** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-12, notice is hereby given that the following cases pending in the Northern District of California are related:

1)   <u>Lane, et al. v. Facebook, et al.</u>, Case No. C08-CV-3845 assigned to the Honorable James Ware; and

2)   <u>Silverstri, et al. v. Facebook, Inc.</u>, Case No. C10-00429 JF.

These actions, along with the current one, although the classes are different, concern common legal issues involving Facebook. The <u>Lane</u> matter involves discrete privacy issues from an earlier time.

DATED: February 1, 2010                LAW OFFICES OF DAVID N. LAKE

By: _____/s/_____
DAVID N. LAKE
Attorneys for Plaintiffs

**Of Counsel**:

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
60 East 42nd Street 46th Floor
New York, NY 10165
212-867-1156
212-504-8343 (Fax)
Rjacobs@jacobsclasslaw.com

Laurence Paskowitz
**PASKOWITZ & ASSOCIATES**
60 East 42nd Street 46th Floor
New York, NY 10165
212-685-0969
212-685-2306 (Fax)
Classattorney@aol.com