David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
 **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199
david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARKOWITZ, FRANK BLUMENTHAL, LAUREN REESE and BILLY STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant. | **CASE NO.:  C10-CV-00430 JF** |
| DONALD SILVERSTRI, DAWN KEER, KIMBERLY MANCELLA, JILL SILVERMAN STRELZIN, and CHRISTOPHER LEMOLE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant. | **CASE NO.:  C10-CV-00429 JF**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[LOCAL RULES 3-12 & 7-11]** |

Order

Upon the Administrative Motion to Consider Whether Cases Should be Related filed pursuant to Local Rule 3-12 by Plaintiffs in the above-captioned matters, and having considered any opposition thereto, the Court finds as follows:

1) As defined by Civil Local Rule 3-12, the above-captioned matters, Case Nos. C10-CV-00430 JF and C10-CV-00429 JF, are related to <u>Lane, et al. v. Facebook, et al.</u>, Case No. C08-CV-3845; and

2) Case Nos. C10-CV-00430 JF and C10-CV-00429 JF are hereby assigned to the docket of the Honorable James Ware.

**IT IS SO ORDERED.**

Date:_____       _____
The Honorable James Ware
Judge of the United States District Court